AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| WESTROCK CP, LLC | ) | WVSD Case Number: 2:18-mc-00116 |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:17-CV-4497-AT |
| JAMES C. JUSTICE COMPANIES, INC., SOUTHERN COAL CORPORATION, AND KENTUCKY FUEL CORPORATION | ) | |
| *Defendant* | ) | |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 3/2/18.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 4-17-18

JAMES N. HATTEN
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CERTIFICATION
CM/ECF DOCUMENT
I hereby attest and certify that this is a true and correct printed copy of a document which was electronically filed with the United States District Court for the Northern District of Georgia.
Date Filed: March 2, 2018
By: S. Byrne
James N. Hatten, Clerk of Court

APR 17 2018

WESTROCK CP, LLC,

    Plaintiff,

v.

JAMES C. JUSTICE COMPANIES, INC., *et al.*,

    Defendants.

CIVIL ACTION NO.
1:17-CV-4497-AT

## CONSENT JUDGMENT

Having considered the record in this case, the parties consenting to the entry of judgment in favor of Plaintiff WestRock CP, LLC and against James C. Justice Companies, Inc., Southern Coal Corporation, and Kentucky Fuel Corporation, jointly and severally, and for good cause shown,

**JUDGMENT IS HEREBY ENTERED** in favor of Plaintiff WestRock CP, LLC and against Defendants James C. Justice Companies, Inc., Southern Coal Corporation, and Kentucky Fuel Corporation, jointly and severally, in the total amount of $1,022,380.01, consisting of $965,797.72 principal, $3,963.19 pre-default interest, $42,817.00 post-default interest through March 2, 2018, plus $9,802.10 in reasonable attorneys' fees and costs incurred by WestRock CP, LLC in this matter since the default in accordance with the parties' agreement. Post-

judgment interest shall accrue on the outstanding principal balance at the rate of 12% per annum until paid in full in accordance with the parties' agreement.

This judgment is final and adjudicates all claims asserted in this case.

**IT IS SO ORDERED** this 2nd day of March, 2018.

_____
**Amy Totenberg**
**United States District Judge**