(02/2012)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT

**V.**

**APPLICATION FOR POST–JUDGMENT REMEDIES**
**CIVIL ACTION**

    **WHEREAS**, in a civil action in which judgment was recovered in the United States District Court for the Southern District of West Virginia, the _____ hereby requests the following:

    Certification of Judgment for Registration in Another District
        *Attached:*    *Certification of Judgment will be prepared by the Clerk's Office.*
                      *Fee ($11.00 per document certified/.50 per page copied)*

    Abstract of Judgment
        *Attached:*    *Abstract of Judgment*

    Writ of Execution
        *Attached:*    *Writ of Execution*
                      *USM Process Receipt and Return*

    Abstract of Execution
        *Attached:*    *Abstract of Execution*
                      *Copy of previously issued Writ of Execution*

    Suggestion w/Summons on Suggestion
        *Attached:*    *Suggestion w/summons*
                      *Notice of Possibility of Exemptions*

    Suggestee Execution
        *Attached:*    *Affidavit for Suggestee Execution*
                      *Suggestee Execution*

    Temporary Release re: Suggestee Execution - Exemption
        *Attached:*    *Temporary Release re:Suggestee Execution - Exemption*

    Complete Release re: Suggestee Execution
        *Attached:*    *Complete Release re: Suggestee Execution*

Writ of Possession
    *Attached:*     *Writ of Possession*
                      *USM Process Receipt and Return*
                      *Copy of unexpired Writ of Execution*

Writ of Assistance
    *Attached:*     *Writ of Assistance*
                      *USM Process Receipt and Return*

Bill of Costs:
    *Attached:*     *Bill of Costs*
                      *Supporting Documentation*

**Date:**_____

_____ [SIGN HERE]
*Attorney*

