# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

| | |
|---|---|
| **WESTROCK CP, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **JAMES C. JUSTICE COMPANIES, INC.,** | ) |
| **SOUTHERN COAL CORPORATION, and** | )   **CIVIL ACTION** |
| **KENTUCKY FUEL CORPORATION,** | )   **FILE NO.  2:18-MC-00116** |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |
| | ) |
| | ) |

---

## SUGGESTION

---

WHEREAS, in the above action, judgment was registered in the United States District Court for the Southern District of West Virginia, Charleston Division, on the 10th day of July, 2018, by the plaintiff, WestRock CP, LLC against the defendants, James C. Justice Companies, Inc., Southern Coal Corporation, and Kentucky Fuel Corporation, in the amount of $1,022,380.01, plus post-judgment interest accruing at 12% per annum, and upon which a writ of execution has been issued, and is now in the hands of the United States Marshal for the Southern District of West Virginia, unpaid and unsatisfied, the Plaintiff, WestRock CP, LLC, by attorney, suggests that the following entity:

**United Bank**
**514 Market Street**
**Parkersburg WV 26101**

is indebted to defendant, James C. Justice Companies, Inc., or is in possession of property belonging to James C. Justice Companies, Inc., which is subject to the writ of execution previously issued, consisting of the following property:  (1) Checking accounts; (2) savings accounts; (3) saving certificates; (4) certificates of deposit; (5) money market funds; and/or (6) property of other types. The Clerk is therefore required to issue a summons upon said suggestion.

/s/ Steven P. Turner
Arnold J. Janicker (WVSB #9071)
Steven P. Turner (WVSB #12571)
Jenkins Fenstermaker, PLLC
325 Eighth Street
Huntington, WV 25701
(304) 523-2100
(304) 523-2347 (facsimile)
*Counsel for Plaintiff*
ajj@jenkinsfenstermaker.com
spt@jenkinsfenstermaker.com

## SUMMONS

**TO:**

**United Bank**
**514 Market Street**
**Parkersburg, West Virginia, 26101**

You are hereby summoned to serve an answer to the above suggestion, in writing, within twenty-one (21) days after service of this summons, upon Arnold J. Janicker, Steven P. Turner, and Jenkins Fenstermaker, PLLC, Plaintiff's attorney, whose address is 325 Eighth Street, Huntington, West Virginia, 25701, **and** file with the United States District Court for the Southern District of West Virginia Clerk, an answer, in writing under oath, to the answer suggestion within twenty-one (21) days after service of this summons.

Date:                                          RORY L. PERRY, II CLERK

                                               By

                                               _____

                                                       Deputy Clerk

(Seal of the Court)