



September 11, 2018

United States District Court
Southern District of West Virginia
300 Virginia Street East
Charleston, WV  25301

    Re: Response of United Bank to Suggestion

        Plaintiff:        Westrock CP, LLC
        Defendants:    James C. Justice Companies, Inc.
                          Southern Coal Corporation, and
                          Kentucky Fuel Corporation
        Amount Due:    $1,022,380.01
        Civil Action No.:  2:18-MC-00116

United Bank is in receipt of the suggestion described above, a copy of which is enclosed with this correspondence. United has searched its records and located no accounts for the Defendants at this time.

If you have any questions, please feel free to contact me.

Very truly yours,

*Lora L. Young* (signature)

Lora L. Young
Investigations
122 Hills Plaza
Charleston, WV  25387
304-720-4563
304-720-4670 Fax
Lora.Young@bankwithunited.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | | |
|---|---|---|
| WESTROCK CP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES C. JUSTICE COMPANIES, INC., | ) | CIVIL ACTION |
| SOUTHERN COAL CORPORATION, and | ) | FILE NO. 2:18-MC-00116 |
| KENTUCKY FUEL CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## SUGGESTION

WHEREAS, in the above action, judgment was registered in the United States District Court for the Southern District of West Virginia, Charleston Division, on the 10th day of July, 2018, by the plaintiff, WestRock CP, LLC against the defendants, James C. Justice Companies, Inc., Southern Coal Corporation, and Kentucky Fuel Corporation, in the amount of $1,022,380.01, plus post-judgment interest accruing at 12% per annum, and upon which a writ of execution has been issued, and is now in the hands of the United States Marshal for the Southern District of West Virginia, unpaid and unsatisfied, the Plaintiff, WestRock CP, LLC, by attorney, suggests that the following entity:

**United Bank**
**514 Market Street**
**Parkersburg WV 26101**

is indebted to defendant, James C. Justice Companies, Inc., or is in possession of property belonging to James C. Justice Companies, Inc., which is subject to the writ of execution previously issued, consisting of the following property: (1) Checking accounts; (2) savings accounts; (3) saving certificates; (4) certificates of deposit; (5) money market funds; and/or (6) property of other types. The Clerk is therefore required to issue a summons upon said suggestion.

/s/ Steven P. Turner
Arnold J. Janicker (WVSB #9071)
Steven P. Turner (WVSB #12571)
Jenkins Fenstermaker, PLLC
325 Eighth Street
Huntington, WV 25701
(304) 523-2100
(304) 523-2347 (facsimile)
*Counsel for Plaintiff*
ajj@jenkinsfenstermaker.com
spt@jenkinsfenstermaker.com

## SUMMONS

**TO:**

**United Bank**
**514 Market Street**
**Parkersburg, West Virginia, 26101**

You are hereby summoned to serve an answer to the above suggestion, in writing, within twenty-one (21) days after service of this summons, upon Arnold J. Janicker, Steven P. Turner, and Jenkins Fenstermaker, PLLC, Plaintiff's attorney, whose address is 325 Eighth Street, Huntington, West Virginia, 25701, **and** file with the United States District Court for the Southern District of West Virginia Clerk, an answer, in writing under oath, to the answer suggestion within twenty-one (21) days after service of this summons.

Date: *August 30, 2018*              RORY L. PERRY, II CLERK

By

_____*Ira A. Smith*_____
Deputy Clerk

(Seal of the Court)